JANUARY 26, 1953

**No. 57059.**—Christo Poulos & Co., Inc., et al. v. United States, protests 189912–K, etc.

Plaintiffs' application for rehearing granted.